

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| Marek R. Koch | |
|---|---|
| Plaintiff, | Civil Action No.  13cv2569-BAS(WVG) |
| V. | |
| The 704 Group, LLC. | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Court GRANTS Defendant's motion for summary. Court DENIES WITHOUT PREJUDICE Defendant's request for attorney's fees and costs. Case is closed.


Date:     12/19/14

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/   J. Haslam

J. Haslam, Deputy